UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. RIGOVERTO VALLE-SIERRA,
   a/k/a "Jorge,"
2. JOSE ALFREDO SANCHEZ-GUSMAN,
   a/k/a Jose Alfredo Guzman,
   a/k/a "Macaco,"
3. BOGAR GONZALEZ-ITUARET,
   a/k/a Bogar Gonzalez-Ituarte,
   a/k/a "Hugo,"
   a/k/a Pedro Torres,
4. MARTIN GOMEZ-BERRERA,
   a/k/a Martin Gomez-Barrera,
   a/k/a "Huevo,"
   a/k/a "Huevito,"
   a/k/a Mario Alberto Osuna-Cuen,
5. **FERNANDO VALENZUELA-SOTO,**
   **a/k/a Roberto Martinez-Beltran,**
   **a/k/a Mario Alberto Ozuna,**
   **a/k/a Mario Alberto,**
   **a/k/a "Jaime,"**
   **a/k/a Jose A. Zasueta,**
   **a/k/a Juan Al Parra,**
   **a/k/a Jaime Martinez-Beltran,**
   **a/k/a "Juan,"**
   **a/k/a 'Cameleon,"**
   **a/k/a "Sinola,"**
6. HECTOR JESUS ZAMUDIO-TOLOZA,
   a/k/a Hector Jesus Zamudio-Tolosa,
   a/k/a "Tecate,"
7. JOSE QUINTANA,
   a/k/a "Chapo,"
   a/k/a "Chepo,"
   a/k/a 'Chepaneco,"

8. MICHAEL JAMES OVALLE,
   a/k/a Martin Ybarra-Mendoza,
9. ISMAEL GARCIA,
10. ELIZABETH MARCHAND,
    a/k/a Elizabeth Rodriguez,
11. MONICA ESTRADA,
    a/k/a Beatriz Delgado-Rodriguez,
12. AGUSTIN MAGANA-BERMEO,
13. LARRY JOE HERNANDEZ,
14. OMAR VALLE-SIERRA,
    a/k/a Omar Valle,
15. DEBBIE LEE MADRID,
    a/k/a Debbie Madrid,
16. LETICIA MOCTEZUMA,
    a/k/a "Lety,"
17. CHRISTINA FERNANDEZ-MOLINA,
    a/k/a 'Guera,"
18. ROBERT JOSE CERVANTES JR.,
19. ENEAS CAMACHO-DOMINGUEZ,
20. VINCE BENAVIDEZ, and
21. LUIS LUNA,
    a/k/a "Juan,"

        Defendants.

## ORDER

THIS MATTER is before the Court on the Motion for Leave to Allow Substitute Counsel to Cover Status Hearing on January 24, 2006 filed by Defendant Fernando Valenzuela-Soto on January 22, 2006 **(#193).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#193) is GRANTED**. Attorney Martha Eskesen will be permitted to appear on behalf of Lynn Pierce as substitute counsel for Defendant Valenzuela-Soto at the status hearing set for January 24, 2007.

Dated this 22nd day of January, 2007

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge